UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re:                                                          Bankr. Case No. 11-80784-CRA-13

Michael Edward Gaumer and Amanda Karine Gaumer                          Chapter 13
     Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                    AmeriCredit Financial Services, Inc.
                    PO Box 183853
                    Arlington, TX  76096

                    AmeriCredit Financial Services, Inc.

                    By /s/ James Hogan, Jr._____

                    James Hogan, Jr.
                    PO Box 183853
                    Arlington, TX  76096
                    877-203-5538
                    877-259-6417
                    Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 26, 2011 :

John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Durham Chapter 13 Office
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

By /s/ James Hogan, Jr.
James Hogan, Jr.

xxxxx12392 / 606888